[Cite as *Mentor v. Blueline Servs., L.L.C.*, 2024-Ohio-2955.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

CITY OF MENTOR,

        Appellee,

    - vs -

BLUELINE SERVICES, LLC,

        Appellant.

**CASE NO. 2024-L-042**

Criminal Appeal from the
Mentor Municipal Court

Trial Court No. N/A

---

## MEMORANDUM OPINION

Decided: August 5, 2024
Judgment: Appeal Dismissed

---

*Joseph P. Szeman*, City of Mentor Director of Law, 8500 Civic Center Boulevard, Mentor, OH 44060 (For Appellee).

*Kimberly Kendall Corral* and *Gabrielle M. Ploplis*, 3311 Perkins Avenue, Suite 205, Cleveland, OH 44114 (For Appellant).

EUGENE A. LUCCI, P.J.

{¶1} On June 17, 2024, appellant, Blueline Services, LLC, through counsel, filed a notice of appeal from a May 15, 2024 entry.

{¶2} App.R. 3(A) expressly states that the only jurisdictional requirement for filing a valid appeal is to file it within the time allowed by App.R. 4. The Supreme Court has held that the failure to comply with the time requirements of App.R. 4(A) is a jurisdictional defect, which is fatal to an appeal. *In re H.F.*, 2008-Ohio-6810, ¶ 17, citing *State ex rel. Pendell v. Adams Cty. Bd. of Elections*, 40 Ohio St.3d 58, 60 (1988).

{¶3} Here, a timely appeal from the May 15, 2024 entry was due no later than June 14, 2024, which was not a court holiday or weekend. Thus, the appeal was untimely filed by three days.

{¶4} Appellant has not complied with the thirty-day rule set forth in App.R. 4(A)(1). Therefore, this court is without jurisdiction to consider its appeal.

{¶5} This appeal is hereby dismissed, sua sponte, as untimely.

MARY JANE TRAPP, J.,

JOHN J. EKLUND, J.,

concur.

2

Case No. 2024-L-042